**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>for the use & benefit of<br>INDUSTRIAL TURNAROUND CORP.<br><br>   Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY & SURETY<br>COMPANY OF AMERICA<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>Civil Action No. 3:09cv018<br>(Hon. James R. Spencer) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to a Settlement Agreement and Mutual Release, have reached an agreement as to all matters raised in this action. Accordingly, **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their respective counsel, that this action be dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

INDUSTRIAL TURNAROUND
CORPORATION

_____/s/_____
John H. Craddock, Jr., Esq. (VSB No. 41366)
Nicole Hardin Brakstad, Esq. (VSB No. 74963)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
Telephone:   (804) 916-7163
Facsimile:   (804) 916-7263
[john.craddock@leclairryan.com](mailto:john.craddock@leclairryan.com)
[nicole.brakstad@leclairryan.com](mailto:nicole.brakstad@leclairryan.com)

*Counsel for Industrial TurnAround Corporation*

TRAVELER'S CASUALTY & SURETY
COMPANY OF VIRGINIA

_____/s/_____
James S. Delsordo, Esq. (VSB No. 33940)
ARGUS LEGAL, LLC
9255 Center Street, Suite 307
Manassas, Virginia 20110
Telephone:   (703) 368-8770
Facsimile:   (703) 368-8772
[delsordo@arguslawfirm.com](mailto:delsordo@arguslawfirm.com)

*Counsel for Travelers Casualty & Surety*
*Company of Virginia*